IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

AARON RHOADES,                )
                              )
            Plaintiff,        )
                              )
vs.                           )   Case No. 2:05-CV-02002-KHV-DJW
                              )
CITY OF OLATHE, et al.,       )
                              )
            Defendants.       )

## ORDER OF DISMISSAL

Pending before the Court is the parties' Stipulation announcing this case may be dismissed with prejudice, and that all parties are to bear their own costs and expenses. Having reviewed the record, it is hereby

ORDERED this cause of action is hereby dismissed with prejudice and that all parties shall bear their own costs and expenses incurred in the prosecution and/or defense of this matter.

                              s/ Kathryn H. Vratil
                              KATHRYN H. VRATIL
                              U.S. District Court Judge

Kansas City, Kansas

Dated: October 11, 2005

O0218201.WPD;1